HOYT SCALE AND SUPPLY COMPANY *et al. v.* DILLINGHAM.

LUMPKIN, P. J. The only error alleged being the overruling of a motion for a new trial based on the general grounds that the verdict was contrary to law and the evidence, and there being ample testimony to sustain the jury's finding, there was not, though the evidence was conflicting, any abuse of discretion in overruling the motion.

*Judgment affirmed. All the Justices concurring.*

Argued January 4, — Decided January 26, 1901.

Appeal. Before Judge Lumpkin. Fulton superior court. January 12, 1900.

*D. S. Craig,* for plaintiffs in error.
*McElreath & McElreath,* contra.